DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THE ESTATE OF ROLAND L. BAILEY, by and through
SHARON O. BAILEY, Personal Representative,

Appellant,

v.

MEDINVEST COMPANY LIMITED PARTNERSHIP a/k/a
MN MEDINVEST COMPANY LIMITED PARTNERSHIP;
THE GOODMAN GROUP, LLC; (as to SABAL PALMS
HEALTH CARE CENTER),

Appellees.

No. 2D22-4036

_____

December 15, 2023

Appeal from the Circuit Court for Pinellas County; Cynthia J. Newman,
Judge.

Joanna Greber Dettloff, Carl R. Wilander and A. Lance Reins of Mendes,
Reins & Wilander, PLLC, Tampa, for Appellant.

Francesca M. Stein and Scott A. Cole of Cole, Scott & Kissane, Miami, for
Appellees.


PER CURIAM.

        Affirmed.

SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.